RUTGERS, THE STATE UNIVERSITY, PLAINTIFF-RE-SPONDENT, v. GEORGE F. KUGLER, JR., ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, DE-FENDANT-APPELLANT.

Argued March 22, 1971—Decided April 5, 1971.

*Mr. Alfred L. Nardelli,* Deputy Attorney General, argued the cause for the appellant (*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney; *Mr. Stephen Skillman,* Assistant Attorney General, of counsel).

*Mr. Clyde A. Szuch* argued the cause for the respondent (*Pitney, Hardin & Kipp,* attorneys; *Mr. Clyde A. Szuch* and *Mr. Joel A. Wolff,* on the brief).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed by Judge R. C. Brown in the Law Division, 110 *N. J. Super.* 424 (1970).

*For affirmance*—Justices JACOBS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—5.

*For reversal*—None.